# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALVIN LEE COFER, | ) | 1:08-cv-00991 LJO GSA |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO REPLY |
| | ) | TO DEFENDANT'S MOTION TO REMAND |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 26, 2009, Defendant filed a Motion to Remand this action for further administrative proceedings pursuant to "sentence six" of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g) due to problems with obtaining the administrative record.

Plaintiff shall file an opposition to this motion no later than February 25, 2009.  If Plaintiff will not be opposing this motion, a non-opposition to the motion shall also be filed no later than February 25, 2009.  **Plaintiff is advised that failure to file a response may result in Defendant's motion being granted**.

IT IS SO ORDERED.

Dated:   **February 6, 2009**            **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE